UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL VASQUEZ,

                              Plaintiff,

                  - against -

THE CITY OF NEW YORK, NEW YORK CITY
POLICE DEPARTMENT, POLICE OFFICER
HOWARD THORTON, POLICE OFFICER
LATOYA FREEMAN, POLICE OFFICER
NELSON PROANO, and SERGEANT JOSE
HERNANDEZ,

                              Defendants.

**ORDER**
20 Civ. 4641 (ER)

Ramos, D.J.:

On July 2, 2020, Michael Vasquez brought this action, pursuant to 42 § 1983, against

the City of New York, the New York City Police Department, and several police officers

(collectively, "Defendants") for excessive force and related claims.  Doc. 3.  During a status

conference on June 10, 2022, the Court granted Vasquez leave to file a motion to file an

amended complaint.  His motion and memorandum in support were due July 1, 2022;

Defendants' opposition was due July 22, 2022; and Vasquez's reply was due August 5, 2022.

On July 7, 2022, Vasquez filed the motion.  Docs. 35, 36.  The Court thereafter granted

Defendants two extensions to file an opposition:  first to August 5, 2022, and ultimately to

August 12, 2022.  Docs. 40, 42.  On August 12, 2022, Defendants filed the opposition.  Doc.

43.

To date, the Court has not received a reply from Vasquez to the opposition.  Vasquez is

therefore directed to fail a reply by Friday, October 14, 2022.  If he fails to do so, the Court will

consider the motion fully briefed.

It is SO ORDERED.


Dated:    October 6, 2022
          New York, New York

_____

EDGARDO RAMOS, U.S.D.J.